UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

INGRID BUGGS,

    Plaintiff,

v.

    Case No. 3:24-cv-70-TJC-LLL

TRUEACCORD CORP.,

    Defendant.

## O R D E R

Upon review of the Plaintiff's Notice of Voluntary Dismissal, Doc. 5, filed on January 30, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record